UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10902-ODW(KS) | Date | December 22, 2025 |
|---|---|---|---|
| Title | Tanesia Tramell v. Santander Consumer USA Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**  MINUTES (IN CHAMBERS)

The Court **STRIKES** the Motion to Remand[16]. Pro Se filer shall review the Local Rules 83-2.2.4, 6.1, 7-3, 7-4, refile the motion in conformity to these rules.

Plaintiff is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions. The Los Angeles Clinic operates by appointment only.  Appointments are available either by calling the Clinic or by using an internet portal.  The Clinic can be reached at (213) 385-2977, ext. 270 or through an internet request at the following site: **http://prose.cacd.uscourts.gov/los-angeles**.  Clinic staff can respond to many questions with a telephonic appointment or through an email account.  It may be more convenient to email questions or schedule a telephonic appointment.  Staff can also schedule an in-person appointment at their location in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |